# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| Plaintiff(s) v. Defendant(s). | **STIPULATION REGARDING SELECTION OF ATTORNEY SETTLEMENT OFFICER** |

**CHECK ONLY ONE BOX:**
**Pursuant to the ADR Program**:

☐ The parties stipulate that _____ may serve as the Attorney Settlement Officer for an early settlement conference in the above-captioned case. Plaintiff has obtained the consent of the Attorney Settlement Officer who will conduct the early settlement conference.

☐ The parties stipulate that _____ may serve as the Attorney Settlement Officer for a Local Civil Rule 16-15 Settlement Conference in the above-captioned case. Plaintiff has obtained the consent of the Attorney Settlement Officer who will conduct the Local Civil Rule 16-15 Settlement Conference.

☐ The parties request the Program Coordinator to randomly assign an Attorney Settlement Officer in the above-captioned case from the following area of law: _____

**Pursuant to Local Rule 16-15.4, Settlement Procedure No. 2:**

☐ The parties stipulate that _____ may serve as the Attorney Settlement Officer for the settlement proceedings in the above-captioned case. Plaintiff has obtained the consent of the Attorney Settlement Officer who will conduct the settlement proceedings.

☐ The parties request the Program Coordinator to randomly assign an Attorney Settlement Officer for the settlement proceedings in the above-captioned case from the following area of law: _____

Dated: _____    /S/ SHELLEY KAUFMAN
                                 Attorney For Plaintiff

Dated: _____    _____
                                 Attorney For Plaintiff

Dated: _____    _____
                                 Attorney For Defendant

Dated: _____    /S/ CHRISTIAN BOJORQUES
                                 Attorney For Defendant

**Attorney for Plaintiff to electronically file original document:**